IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SIMONE WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>METLIFE GROUP INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:20-cv-4091-TWT-JKL |

### ORDER

This matter is presently before the Court *sua sponte*. On January 19, 2021 counsel for Defendant represented to the Court that the parties have reached a settlement of Plaintiff's claims. The parties will file the appropriate paperwork to dismiss the case once the settlement is finalized. Before reaching a settlement, Defendant filed a motion to dismiss [Doc. 10]. In light of the settlement, the Court **DENIES AS MOOT** the motion to dismiss.

Based upon the parties' representations, the Clerk is **ORDERED** to terminate submission of the motion to dismiss to the undersigned [Doc. 10]. Additionally, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. The parties shall file the appropriate dismissal documents within 30 days of

the date of this Order.  If the parties need additional time, they should move for such additional time to finalize the settlement.  If the settlement fails, the parties should promptly move to reopen the case.[1]

IT IS SO ORDERED this 21st day of January, 2021.

_____
JOHN K. LARKINS III
United States Magistrate Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes.  The parties need only file a motion to reopen the case if settlement negotiations fail.  Administrative closure will not prejudice the rights of the parties to this litigation in any manner.